IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHARLES DAVID BURROW | NO.   3:20-CR-451-N |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States Attorney for the Northern District of Texas respectfully advises the Court and other parties to this action that the above-styled case has been assigned to David L. Jarvis, Assistant United States Attorney, Northern District of Texas.

ACCORDINGLY, the Clerk of the Court is requested to hereby **substitute David L. Jarvis as counsel of record for the United States of America** on all docket sheets and for purposes of notification through the electronic computer filing (ECF) system.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

*s/ David L. Jarvis*
DAVID L. JARVIS
Assistant United States Attorney
Texas State Bar No. 10585500
1100 Commerce Street, 3rd Floor
Dallas, Texas, 75242
Telephone:   214-659-8729
Facsimile:    214-659-8812
Email: david.jarvis@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2020, a copy of the foregoing will be served via ECF and personally on counsel for the defendant, in accordance with the Federal Rules of Criminal Procedure.

                                    *s/ David L. Jarvis*
                                    DAVID L. JARVIS
                                    Assistant United States Attorney

**Notice of Substitution of Government Counsel – Page  2**