IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 3:20-cr-00451-N-1 |
| CHARLES DAVID BURROW | § § | |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JACK WILSON, on behalf of CHARLES DAVID BURROW, Defendant, and enters his appearance as Counsel for Defendant, and in support thereof would show the Court the following:

I.

Defendant has retained JACK WILSON, Attorney at Law, 3300 Oak Lawn, Suite 600, Dallas, Texas 75219, to represent him.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully requests that this Court enter an order naming JACK WILSON, as attorney of record.

Respectfully submitted,

*/s/ Jack Wilson*

JACK WILSON
State Bar No. 24000142
3300 Oak Lawn, Ste. 600
Dallas, Texas 75219
(214) 520-7778
Fax: (214) 528-6601
jswilson@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

_____
JACK WILSON