# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE: REBECCA RUTHERFORD | |
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: Todd Anderson |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 10:57 - 11:01 |
| A.M.         P.M. | DATE: December 02, 2020 |

☐ MAG. NO.         ☐ DIST. CR. NO. 3:20-cr-00451-N

USDJ Judge David C Godbey

_Robert Nichols_, AUSA

UNITED STATES OF AMERICA §
§
v. §   _____ ☐
§
§   _Camille Knight_ ☐
§   COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

CHARLES DAVID BURROW (1)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____  CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 12/02/2020  ☐ SURRENDER_____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____  APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☑ DETENTION HEARING SET 12/7/20 @ 10am
☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____  ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 2 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy