

GEOTECHNICAL ENGINEERING
ENVIRONMENTAL CONSULTING
CONSTRUCTION MATERIAL TESTING

January 29, 2021

Jack Wilson, Attorney at Law
3300 Oak Lawn, Suite 600
Dallas, Texas 75219

RE: Charles Burrow

Dear Mr. Wilson:

Charles Burrow (Charles) has worked with Rone Engineering (Rone) over the last year and if he is released, he will have a position at Rone. Charles will report directly to me and we will be monitoring his activities on a daily basis.

It is our understanding that Charles will be attending Outpatient Rehab and Rone is in full support of helping him to fully recover and get the help he needs.

Please let us know if you have any questions or need more details.

Sincerely,

Richard Leigh
President

DALLAS  |  FORT WORTH  |  AUSTIN  |  SAN ANTONIO  |  HOUSTON



EXHIBIT 6