UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:20-CR-451 |
| | § | |
| CHARLES DAVID BURROW, | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO WITHDRAW

NOW COMES Camille M. Knight, and requests that the Court allow her to withdraw from further representation of CHARLES DAVID BURROW.

1. Counsel was appointed pursuant to the Criminal Justice Act on December 2, 2020, 2020 (Dkt. Nos. 8-10). Just prior to Defendant's initial appearance, Attorney John S. Wilson filed a notice of appearance as retained on behalf of Mr. Burrow. (Dkt. 6). I represented Defendant for purposes of his initial appearance and arraignment only.

2. Mr. Wilson has represented Defendant in this matter after the initial appearance and arraignment. He is not opposed to this request.

WHEREFORE, undersigned counsel prays that the Court grant this motion to withdraw and relieve undersigned counsel of any further obligation to Defendant.

Respectfully submitted,

/s/ *Camille M. Knight*
Camille M. Knight
Texas Bar No. 24027124
Of Counsel
Burleson, Pate & Gibson
900 Jackson Street, Suite 330
Dallas, Texas 75202
214.871.4900
cknight@bp-g.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with John S. Wilson, counsel for Defendant, who is not opposed to the relief sought herein.

/s/ *Camille M. Knight*
Camille M. Knight

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *Camille M. Knight*
Camille M. Knight