IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:20-CR-00451-N |
| | § | |
| CHARLES DAVID BURROW (1) | § | |

## **ORDER**

Before the Court is the Defendant's Motion to Revoke or Amend the Magistrate Judge's Order of Pretrial Detention filed February 2, 2021 and the government's response. This motion is set for hearing on Thursday, February 18, 2021 at 10:00 a.m. by video-conference.

Signed February 9, 2021.

David C. Godbey
United States District Judge