IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:20-CR-00451-N |
| | § | |
| CHARLES DAVID BURROW (1) | § | |

### **ORDER**

Before the Court is the Defense Counsel Camille Knight's Motion to Withdraw filed February 8, 2021. The Court grants the motion. Camille Knight is no longer the attorney of record for the defendant. John S. Wilson has been retained as counsel for the defendant.

Signed February 12, 2021.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE