IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:20-CR-00451-N |
| CHARLES DAVID BURROW (1) | § § | |

## ORDER

Before the Court is the Defendant's Motion to Revoke or Amend the Magistrate Judge's Order of Pretrial Detention filed February 2, 2021 and the government's response. The hearing as to this motion is rescheduled to Monday, March 1, 2021 at 10:00 a.m. by video conference.

Signed February 23, 2021.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE