IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 3:20-cr-00451-N |
| CHARLES DAVID BURROW | § § | |

**O R D E R**

On this 1st day of March, 2021, the foregoing Unopposed Motion for Leave to File Amended Defendant's Motion to Revoke or Amend the Magistrate Judge's Order of Pretrial Detention having been presented to the Court, the same is hereby Granted.

Signed March 1, 2021.

_____
UNITED STATES DISTRICT JUDGE