IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:20-CR-451-N |
| CHARLES DAVID BURROW | |

## FIRST BILL OF PARTICULARS
## REGARDING PROPERTY SUBJECT TO FORFEITURE

The United States of America (the government), by the undersigned, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the allegations set forth in the Indictment filed in the above-captioned criminal case:

Smith and Wesson MP .40 caliber handgun, bearing serial number HVC0643.

The government may file supplemental bills of particulars as additional assets are identified and/or appraised. The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*/s/ David L. Jarvis*
DAVID L. JARVIS
Assistant United States Attorney
Texas Bar No. 10585500
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8729
david.jarvis@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 12, 2021, I filed this document with the Clerk of Court for the U.S. District Court, Northern District of Texas, via the ECF system.

/s/ David L. Jarvis
DAVID L. JARVIS
Assistant United States Attorney